TRULINCS 80493053 - CUBILLOS PEREZ, LUIS MIGUE - Unit: BRO-I-A

-----------------------------------------------------------------------------------------------------

FROM: 80493053
TO:
SUBJECT: Affirmation
DATE: 05/04/2014 06:27:11 PM

EASTERN DISTRICT OF NEW YORK
EASTERN DISTRICT COURT HOUSE
_____X

LUIS MIGUEL CUBILLOS PEREZ

    ----against----

UNITED STATES OF AMERICA

_____X

MOTION FOR RELIEF FOR INEFFECTIVE
ASSISTANCE OF COUNSEL (SJ)

*CR NO 10 -225 (SJ)*
*SJ*

HERE  COMES NOW, the plaintiff, Luis Miguel Cubillos Perez, Pro Se to submit to the court the necessity to reverse and

remand for resentencing for the improper and incorrect sentence of the above mentioned plaintiff.

Luis Miguel Cushing Perez
Reg. # 60493-053
MDC Brooklyn
Prison 932-032
Brooklyn NY 11232

LEGAL MAIL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 06 2014 ★

BROOKLYN OFFICE

1120118329S

Honorable Judge Sterling Johnson Jr.
Senior United States District Judge
United States District Court of New York
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

US MAY 2014 PM 11 L

USA FOREVER